# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

JESICA STEWART
    Plaintiff(s)

vs.                              Case Number: 23-CV-1046-JD

TURN KEY HEALTH CLINICS, LLC
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

DEFENDANT TURN KEY HEALTH CLINICS, LLC'S CORPORATE DISCLOSURE STATEMENT
[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

2. **Does party have any parent corporations?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  6th  day of  March , 20 24 .

| | |
|---|---|
| s/ Meilani C. Kaaihue | |
| Signature | |
| Meilani C. Kaaihue | 33931 |
| Printed Name | Bar Number |
| Johnson Hanan Vosler Hawthorne & Snider | |
| Firm Name | |
| 9801 N. Broadway Extension | |
| Address | |
| Oklahoma City | OK   73114 |
| City | State   ZIP |
| 405-232-6100 | 405-232-6105 |
| Phone | Fax |
| mkaaihue@johnsonhanan.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on ___March 6th, 2024___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Steven J Terrill    sjterrill@bryanterrill.com
John Spencer Bryan    jsbryan@bryanterrill.com
Jessica L Dark    jdark@piercecouch.com
Robert S Lafferrandre    rlafferrandre@piercecouch.com

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Meilani C. Kaaihue
Signature